1
2
3
4
5
6
7
8
9
10                 IN THE UNITED STATES DISTRICT COURT
11          FOR THE CENTRAL DISTRICT OF CALIFORNIA
12
13 CHARLES DAMM, III,                              NO. CV 19-5246 HDV (AGR)
14       Petitioner,
                    ORDER ACCEPTING FINDINGS AND
15           v.                                 RECOMMENDATION OF
                    MAGISTRATE JUDGE
16
17 KELLY SANTORO, Warden,
18       Respondent.
19
20
21
22       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of
23 Habeas Corpus, the other records on file herein, and the Report and
24 Recommendation of the United States Magistrate Judge ("Report").  No
25 objections to the Report have been filed, although Petitioner filed a notice of
26 appeal on March 31, 2025 (Dkt. No. 89).  The Court accepts the findings and
27 recommendation of the Report.
28

IT THEREFORE IS ORDERED that judgment be entered denying the
Petition and dismissing this action with prejudice.

DATED:  _6/9/25_____          _____

                                          HERNAN D. VERA
                                   United States District Judge